**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　**v.**<br><br>**JUAN CAMPO a/k/a JOHN CAMPO**,<br><br>　　　　　　　　**Defendant.** | **Case No. 1:24-cv-2198 (TJK)** |

**DECLARATION OF DEVON STAREN**

I, Devon Staren, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.      I am employed as senior trial counsel by the United States Securities and Exchange Commission ("SEC") in the Division of Enforcement, at the SEC's headquarters office in Washington, D.C.  I make this Declaration in support of the SEC's notice based upon my personal knowledge and information contained in the files of the SEC.

2.      On September 24, 2024 the Court granted the *ex parte* motion of the SEC to serve the SEC's complaint and summons upon Defendant Juan Campo by alternative means and provided that the SEC may effect service of process under Federal Rule of Civil Procedure 4(f)(3) by sending Campo a copy of the complaint and summons to his email at campojb@yahoo.com using the RPost registered email service.

3.      On September 24, 2024, I emailed the complaint, summons, and certified translations of each, along with this Court's standing order to Campo at campojb@yahoo.com using the RPost registered email service.  A true and correct copy of this email (not including attachments thereto) is attached as **Exhibit 1**.

4.      On September 25, 2024, the SEC received a notification by email from the RPost system that the email to Campo had been delivered and opened.  A true and correct copy of that notification is attached as **Exhibit 2.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2024.


   _/s/ Devon Staren_____
            Devon Staren