UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>JUAN CAMPO a/k/a JOHN CAMPO,<br><br>                    Defendant. | Case No. 1:24-cv-2198 (TJK) |

### DECLARATION OF DEVON STAREN

I, Devon Staren, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am employed as senior trial counsel by the United States Securities and Exchange Commission ("SEC") in the Division of Enforcement, at the SEC's headquarters office in Washington, D.C. I make this Declaration in support of the SEC's notice based upon my personal knowledge and information contained in the files of the SEC.

2. I have communicated with Defendant Juan Campo in this litigation by emailing him at the Yahoo email address that he provided to the SEC, campojb@yahoo.com. I have sent Campo a total of four emails using the RPost registered email service. Each email has gone through successfully with no error or bounce-back messages. In addition, I received a confirmation of delivery from RPost for each email I sent.

3. On August 8, 2024, I emailed a courtesy copy of the SEC's complaint (ECF No. 3-1) to Campo at campojb@yahoo.com using the RPost registered email service. A true and correct copy of this email (not including attachments thereto) is attached as **Exhibit 1.** That same day, I received a notification by email from the RPost system that the email to Campo had been delivered and opened. A true and correct copy of that notification is attached as **Exhibit 2.**

4.      On September 24, 2024, I emailed the complaint (ECF No. 3-1), summons (ECF No. 5), and certified translations of each, along with this Court's standing order (ECF No. 6) to Campo at campojb@yahoo.com using the RPost registered email service.  A true and correct copy of this email (not including attachments thereto) is attached as **Exhibit 3**.  On September 25, 2024, the SEC received a notification by email from the RPost system that the email to Campo had been delivered and opened.  A true and correct copy of that notification is attached as **Exhibit 4.**

5.      On October 21, 2024, I emailed the SEC's application for an entry of default (ECF No. 12) to Campo at campojb@yahoo.com using the RPost registered email service.  A true and correct copy of this email (not including attachments thereto) is attached as **Exhibit 5**.  That same day, I received a notification by email from the RPost system that the email to Campo had been delivered.  A true and correct copy of that notification is attached as **Exhibit 6.**

6.      On November 8, 2024, I emailed the Court's September 27, 2024 order (ECF No. 11) and the Clerk's entry of default (ECF No. 14) to Campo at campojb@yahoo.com using the RPost registered email service.  A true and correct copy of this email (not including attachments thereto) is attached as **Exhibit 7**.  That same day, I received a notification by email from the RPost system that the email to Campo had been delivered and opened.  A true and correct copy of that notification is attached as **Exhibit 8.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2024.

_/s/ Devon Staren_
         Devon Staren